UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,         Case No. 1:13-cr-0122 AWI BAM

      vs.                                      **ORDER OF DETENTION AFTER VIOLATION HEARING**

LENETTA MCARN,

                Defendant.
_____/

A.    Order for Revocation and Detention

After conducting a hearing on September 16, 2013 pursuant to 18 U.S.C. § 3148(b) on the government's motion for revocation of the previous order for release, the Court orders the previous conditions of pretrial release revoked and this defendant detained.

B.    Statement of Reasons for the Revocation and Detention

The Court orders the revocation of pretrial release conditions and the defendant's detention because it finds:

___ (1)    There is probable cause to believe this defendant has committed a Federal, State, or local crime while on release.

**or**

_X_ (2)    There is clear and convincing evidence that this defendant has violated a condition or conditions of release. Defendant has been terminated from residential treatment in violation of her condition of release to reside in and comply with the terms and conditions of the residential treatment program.

**and**

___ (3)    That based on the factors set forth in § 3142(g), there is no condition or combination of conditions of release that will assure that this defendant will not flee or pose a danger to the safety of any other person or the community; or,

_X_ (4)    That this defendant is unlikely to abide by any condition or combination of conditions of release. Defendant has a history of failing to abide by conditions, including violations of testing positive for hydrocodone and marijuana in April 2013 and May 2013, testing positive for cocaine in July 2013, and violations of various rules of the residential treatment program.

___ (5)    That this defendant has not rebutted the rebuttable presumption contained in 18 U.S.C. § 3148(b) that no condition or combination of conditions will assure that the person will not pose a danger to

the safety of any other person or the community based upon the existence of probable cause to believe that, while on release, the defendant committed a Federal, State, or local felony.

IT IS SO ORDERED.

Dated:  **September 16, 2013**          /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE